# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MERRILL A. TRAVIS & CORALEE TRAVIS  
13949 CENTER ROAD  
DURAND, IL  61024  

Case Number: 08-70468  
SSN-xxx-xx-0220 & xxx-xx-0481

Case filed on: 2/21/2008  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $5,919.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MERRILL A. TRAVIS | 0.00 | 0.00 | 3,770.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,770.00 | 0.00 |
| 001 | AMCORE BANK NA | 17,485.97 | 17,485.97 | 910.60 | 1,070.40 |
| 002 | AMERICAN GENERAL | 4,900.00 | 4,900.00 | 0.00 | 0.00 |
|  | Total Secured | 22,385.97 | 22,385.97 | 910.60 | 1,070.40 |
| 003 | BENEFICIAL ILLINOIS INC | 309,999.75 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 15,511.93 | 15,511.93 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 2,525.02 | 2,525.02 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,442.43 | 1,442.43 | 0.00 | 0.00 |
| 007 | PARDA FEDERAL CREDIT UNION | 7,218.45 | 7,218.45 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 1,850.37 | 1,850.37 | 0.00 | 0.00 |
| 009 | BENEFICIAL ILLINOIS INC | 309,999.75 | 0.00 | 0.00 | 0.00 |
| 010 | RMH PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD ORTHOPEDIC ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 648,547.70 | 28,548.20 | 0.00 | 0.00 |
|  | Grand Total: | 670,933.67 | 50,934.17 | 4,680.60 | 1,070.40 |

Total Paid Claimant:      $5,751.00  
Trustee Allowance:        $168.00  
Percent Paid Unsecured:       0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By  /s/Heather M. Fagan